United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-11613-amc
Lisa Thorne-Davis                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 3             Date Rcvd: Aug 24, 2016
                            Form ID: pdf900          Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
```
db            +Lisa Thorne-Davis,    1614 S. 28th Street,    Philadelphia, PA 19145-1202
13486346       Accounts Recovery Bureau,    PO Box 6768,    Wyomissing PA 19610-0768
13486348       Allied Interstate,    PO box 2455,    Chandler AZ 85244-2455
13486349      +American Recovery Systems,    1699 Wall Street,    Suite 300,    Mt Prospect IL 60056-5778
13486350      +Arrow Financial Services LLC,    5996 W. Toughy Avenue,    Niles IL 60714-4610
13486354      +BYL Services,    PO Box 2740,    West Chester PA 19380-0983
13486352       Blockbuster,    3007 Grays Ferry Avenue,    Philadelphia PA 19146-2709
13486410     ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile USA,      PO Box 53410,    BELLEVUE WA 98015-53410)
13486356      +CITIZENS BANK,    525  WILLIAM PENN PLACE,    PITTSBURGH , PA 15219-1727
13486364       CRESTAR BANK,    PO BOX 85024,    RICHMOND VA 23285-5024
13524994       Capital One, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13534256      +Cavalry SPVI LLC assignee Capital One Bank USA, NA,     Bass Associates PC,
                3936 E Fort Lowell Road Suite 200,    Tucson, AZ 85712-1083
13486355      +Cibik and Cataldo, P.C.,    437 Chestnut Street,    Suite 1000,    Philadelphia, PA 19106,
                ccpc@ccpclaw.com 19106-2410
13486358      +City of Philadelphia,    Department of Finance,    P.O. Box 56318,    Philadelphia, PA 19130-6318
13486361      +Collectech Systems,    Accounting Department,    PO box 361744,    Columbus OH 43236-1744
13486362      +Comcast Cable,    11400 Northeast Avenue,    Philadelphia, PA 19116-3498
13486369       DIRECT LOANS,    US DEPT OF EDUCATION,    PO BOX 530260,    ATLANTA GA 30353-0260
13486370     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DirecTV,      Attn: Bankruptcy Dept.,    P.O. box 6550,
                Greenwood Village, CO 80155)
13486367       Delta Management Assoc,    PO Box 9191,    Chelsea MA 02150-9191
13486368       Direct Loan Servicing Center,    PO BOX 5609,    Greenville, TX 75403-5609
13486372       Emergency Medicine,    PO Box 7777W-4985,    Philadelphia, PA 19175-0530
13486373      +Equifax,    P.O. Box 144717,    Orlando, FL 32814-4717
13486374      +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13486375      +FIRST PREMIER,    900 DELAWARE  SUITE 7,    SIOUX FALLS SD 57104-0337
13486376      +GEICO A/S/O CHRISTOPHER&COLIN MCKEEVER,     4108 PIGRIM RD,    PLYMOUTH MEETING, PA 19462-1512
13486379       HOUSEHOLD BANK,    12447 SW 69TH AVE,    TIGARD OR 97223-8517
13486378      +Hospital of Univ of PA,    PO Box 7777-E9500,    Phildalephia PA 19175-0001
13486382      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13486383      +Larkin Collection Services,    320 Huntingdon Pike,    Rockledge PA 19046-4445
13486390     ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
              (address filed with court: NCO Financial Systems,      PO box 41457,    Philadelphia PA 19101-1457)
13540770      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13486384      +Midfirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma city, OK 73118-6051,
                Attn: Bankruptcy Department
13486387      +Midland Mortgage Co.,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13486388      +Mitchell Kay, Esquire,    P.O. Box 9006,    Smithtown, NY 11787
13486391      +NCO Financial Systems,    421 N 7th Street,    Suite 701,    Philadelphia, PA 19123-3924
13486389      +National Revenue Corporation,    P.O. Box 13188,    Columbus, OH 43213-0188
13605178       Navient Solutions, Inc.,    Department of Education Loan Services,     P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
13569916       New Century Financial Services, Inc.,    Pressler and Pressler, LLP,    7 Entin Road,
                Parsippany, NJ 07054-5020
13486392       Newport News,    9310 SW Gemini Drive,    Beaverton OR 97078-0001
13486393       OB-GYN,    PO Box 7777W-1545,    Philadelphia, PA 19175-1545
13486395       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                Harrisburg, PA 17120-0946
13486398       PEOPLES CREDIT CO INC,    1164 SE   82ND AVE,    PORTLAND OR 97216-1202
13486399      +PGW,    Legal Dept. 4th Floor,    800 Montgomery Avenue,    Philadelphia, PA 19122-2806
13486400      +PNC Bank,    PO Box 8129,    Philadelphia PA 19176-8129
13486396      +Patenaude and Felix A.P.C.,    213 East Main Street,    Carnegie, PA 15106-2701
13486403       Presbyterian Hospital,    PO Box 7777-W7085,    Philadelphia, PA 19104
13486404       Primus Financial Services,    P O Box 553179,    Detroit MI 48255-3179
13486405       Providian,    PO box 9539,    Manchester NH 03108-9539
13486406       Providian,    PO Box 9016,    Pleasanton CA 94566-9016
13486407      +Rent A Center,    2031 S Broad Street,    Philadelphia, PA 19148-5505
13486409      +Sears,    PO Box 182156,    Columbus OH 43218-2156
13486411       Tate and Kirlin Assoc,    2810 Southampton Road,    Philadelphia PA 19154-1207
13486412      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                Chicago, IL 60661-3631
13486414       US DEPT OF EDUCATION,    direct loan servicing,    po box 5609,    greenville sc 75403-5609
13486413       Univ. of PA Hospital,    P.O. Box 7777-W1545,    Philadelphia, PA 19175-1545
13486415      +Verizon,    PO Box 8585,    Philadelphia PA 19101-8585
13486417      +West Asset Management,    PO Box 723367,    Atlanta GA 31139-0367
13486419       Xelco Collection Services,    PO box 378130,    Denver CO 80237-8130
13486420      +Zwicker and Assoc,    800 Federal Street,    Andover MA 01810-1067
13486366      +dante bradley,esquire,    two penn center plaza,    suite 810,    1500 jfk blvd,
                philadelphia, pa 19102-1737
```

```
District/off: 0313-2          User: PaulP              Page 2 of 3               Date Rcvd: Aug 24, 2016
                              Form ID: pdf900          Total Noticed: 87
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg                E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:33      City of Philadelphia,
                   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                   Philadelphia, PA  19102-1595
smg                E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 25 2016 01:59:02
                   Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA  17128-0946
smg               +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 25 2016 01:59:30      U.S. Attorney Office,
                   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13486345           E-mail/Text: g20956@att.com Aug 25 2016 01:59:50      A T & T Wireless,   P.O. Box 8229,
                   Aurora, IL 60572-8229
13486347           E-mail/Text: amscbankruptcy@adt.com Aug 25 2016 01:59:55      ADT,   PO BOX 650485,
                   DALLAS TX 75265-0485
13531232           E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 25 2016 02:01:12
                   American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                   Oklahoma City, OK  73124-8838
13486353           E-mail/Text: RA-BCSEBKN@state.pa.us Aug 25 2016 01:58:51
                   Bureau Of Child Support Enforcement,   P. O. box 8018,   Harrisburg, PA 17105-8018
13589538           E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:33      City of Philadelphia,
                   Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                   Philadelphia, PA  19102-1595
13486365           E-mail/Text: bnc-applied@quantum3group.com Aug 25 2016 01:59:29      CROSS COUNTRY BANK,
                   PO BOX 310711,   BOCA RATON, FL 33431-0711
13486357          +E-mail/Text: apotter@philapark.org Aug 25 2016 01:59:53      City of Philadelphia,
                   Parking Violations Branch,   PO Box 41818,   Philadelphia, PA 19101-1818
13486359          +E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:33      City of Philadelphia,
                   Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102-1504
13486360          +E-mail/Text: bankruptcy@phila.gov Aug 25 2016 01:59:33      City of Philadelphia Law Dept.,
                   Water and Sewer,   1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1504
13486363           E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 25 2016 01:59:55
                   Credit Collection Service,   PO Box 55126,   Boston MA 02205-5126
13486371          +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2016 02:00:30
                   East Bay Funding, LLC,   c/o Resurgent Capital Services,   PO Box 288,
                   Greenville, SC 29603- 29602-0288
13486377           E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2016 02:00:27      GEMB/JC PENNEYS,   PO BOX 981402,
                   EL PASO TX 79998-1402
13486380           E-mail/Text: cio.bncmail@irs.gov Aug 25 2016 01:58:53      I.R.S.,   Special Procedures Branch,
                   Insolvency Unit,   P.O. Box 12051,   Philadelphia, PA 19105-2051
13486381           E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 25 2016 01:59:25      Jefferson Capital Systems LLC,
                   PO BOX 7999,   SAINT CLOUD MN 56302-9617
13486385           E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2016 01:59:20      Midland Credit Management,
                   Department 8870,   Los Angelos CA 90084-8870
13486386          +E-mail/Text: bankruptcydpt@mcmcg.com Aug 25 2016 01:59:20      Midland Credit Management,
                   8875 Aero Drive,   San Diego CA 92123-2255
13486394           E-mail/PDF: gecsedi@recoverycorp.com Aug 25 2016 02:00:27      Old Navy,   P.O. box 103090,
                   Roswell, GA 30076
13515777          +E-mail/Text: bankruptcygroup@peco-energy.com Aug 25 2016 01:58:56      PECO Energy Company,
                   Attn: Merrick Friel,   2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13486401           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2016 02:01:07
                   Portfolio Recovery,   120 Corporate Blvd. Suite 1,   Norfolk VA 23502-4962
13566714           E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2016 02:00:30
                   Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13486402          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 25 2016 02:07:21
                   PRA Receivables Management LLC as agent,   Portfolio Recovery Associates LLC,   PO Box 12907,
                   Norfolk, VA 23541-0907
13486397          +E-mail/Text: bankruptcygroup@peco-energy.com Aug 25 2016 01:58:56      Peco Energy,
                   Bankruptcy Group,   100 Constitution Avenue, 2nd Floor,   Upper Darby, PA 19082-2230
13565908          +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 25 2016 01:59:25      Premier Bankcard, Lllc,
                   c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
13486408           E-mail/PDF: resurgentbknotifications@resurgent.com Aug 25 2016 02:00:32
                   Roundup Funding, LLC,   PO BOX 91121,   SEATTLE, WA 98111-9221
                                                                                               TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13557322*        Primus Financial Services,   P O Box 553179,   Detroit  MI  48255-3179
13486351        ##Aurora Loan Services Inc,   601 Fifth Avenue,   PO Box 1706,   Scottsbluff, NE 69363-1706
13486416        ##VERIZON,   PO BOX 15026,   ALBANY NY 12212-5026
13486418       ##+William D. Smith, Esquire,   PO Box 941878,   Atlanta GA 31141-0878
                                                                                   TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: PaulP              Page 3 of 3              Date Rcvd: Aug 24, 2016
                              Form ID: pdf900          Total Noticed: 87
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2016 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Lisa  Thorne-Davis ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Lisa  Thorne-Davis ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA THORNE-DAVIS                               Chapter 13

                    Debtor            Bankruptcy No. 15-11613-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL A CATALDO
1500 WALNUT ST
SUITE 900
PHILADELPHIA, PA 19102-

Debtor:
LISA THORNE-DAVIS

1614 S. 28TH STREET

PHILADELPHIA, PA 19145